UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMY CROWDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| KILOLO KIJAKAZI, ) | 5:22-CV-267-BO-BM |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further
administrative action.

**This judgment filed and entered on November 2, 2022, and served on:**
Derrick Kyle Arrowood (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)

November 2, 2022

PETER A. MOORE, JR., CLERK

 /s/ Debra Reznick
By: Deputy Clerk